

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:    Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Jason K. Pulliam, Justice

The Appellant's Unopposed Motion Requesting Oral Argument is DENIED.

**PER CURIAM**

ATTESTED TO:_____
                Keith E. Hottle